**<u>SCHEDULE A</u>**

**FILED UNDER SEAL**