# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Eleven 10 LLC, | ) Case No. 22-cv-02447 |
| Plaintiff, | ) Judge Thomas M. Durkin |
| vs. | ) |
| The Partnerships and Unincorporated Associations Identified on Schedule "A," | ) |
| Defendants. | ) |

### Consent Judgment and Permanent Injunction
### Against Dongguanshifenghengyangbaihuoyouxiangongsi, dba Ljokien

WHEREAS, plaintiff Eleven 10 LLC ("Eleven 10") filed this lawsuit against defendant Dongguanshifenghengyangbaihuouyouxiangongsi, dba Ljokien, (hereinafter, "Ljokien") and other defendants, alleging, among other things, infringement of Eleven 10's trade dress rights to Eleven 10's hard-shell tourniquet holder (the "Eleven 10 Tourniquet Holder"), which Eleven 10 sells under the RIGID TQ CASE® trademark.

WHEREAS, Eleven 10 and Ljokien agree that this Court has personal jurisdiction over them and subject matter jurisdiction over the claims asserted in the Action against Ljokien.

WHEREAS, on July 20, 2022, the Court entered a default judgment (ECF #22) against Ljokien and other defendants.

WHEREAS, as evidenced by their signatures below, Eleven 10 and Ljokien have agreed to settle their dispute as between these two parties only and hereby stipulate and agree to the facts set forth herein and request entry of this Consent Judgment and Permanent Injunction as final judgment between them without the taking of evidence and without conducting a

{10573191: }

trial.

WHEREAS, Eleven 10 and Ljokien agree that this stipulated injunction does not resolve Eleven 10's claims against the other defendants in this action, which shall remain pending unless otherwise resolved.

NOW, THEREFORE, based on the stipulation between Eleven 10 and Ljokien, the stipulated facts, and the Court's conclusion that permanent injunction relief is warranted, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. The Eleven 10 Tourniquet Holders, an example of which is shown below, uses a distinctive trade dress (the "Eleven 10 Trade Dress"). The Eleven 10 Trade Dress includes the look and feel of the Eleven 10 Tourniquet Holder, including the design and appearance of the holder and the arrangement, size, and style of the ornamental features on the holder.

**Eleven 10 Tourniquet Holder**



2. Eleven 10 owns the Eleven 10 Trade Dress.

3. The Eleven 10 Trade Dress has acquired distinctiveness and is valid and legally enforceable.

4. Dongguanshifenghengyangbaihuouyouxiangongsi is a Chinese company that does business under the Amazon Seller Alias "Ljokien."

5. Ljokien imports into the U.S. hard-shell tourniquet holders that appear identical and confusingly similar to the Eleven 10 Tourniquet Holder (the "Ljokien Holder"), which it has sold on Amazon under the *Buyprofi* brand name. A photo of the Ljokien Holder is below:

*Ljokien Holder*



6. Ljokien has sold the Ljokien Holder on Amazon under the ASIN B08BTVTTGH.

7. The U.S. importation and sale of the Ljokien Holder is likely to cause confusion with the Eleven 10 Trade Dress and therefore infringes the Eleven 10 Trade Dress.

8. A permanent injunction is appropriate because continued infringement will cause irreparable harm to Eleven 10 at least by damaging goodwill and causing price erosion,

there is no adequate remedy at law, the balance of harms of an injunction favors Eleven 10, and the public interest will be served by an injunction.

9. The Court hereby enters a permanent injunction that prohibits the importation or sale of the Ljokien Holder, or any other tourniquet holder that bears a confusing similarity to the Eleven 10 Trade Dress, by Ljokien, its privies, assignees, successors, affiliates, officers, agents, attorneys, employees, representatives, principals, and associates, and all those in active concert or participation with Ljokien.

10. As long as (a) Ljokien pays the full money payment, if any, required by its settlement with Eleven 10; (b) Ljokien complies with the terms of this stipulated judgment; and (c) the sales numbers Ljokien disclosed to Eleven 10 are true and accurate, Eleven 10 releases Ljokien from any liability arising from past sales of Ljokien Cases and past infringement of the Eleven 10 Trade Dress.

11. Each party shall bear its own costs and attorneys' fees.

12. The default judgment is vacated as against Ljokien only, and remains valid and in force as against the other defendants addressed by that judgment.

13. This judgment resolves all claims against Ljokien and therefore is final judgment against Ljokien, but not final judgment as to the remaining defendants in the case.

Date: 8/9/2022

*Thomas M Durkin*
Thomas M. Durkin
United States District Judge

SIGNED AND STIPULATED BY:

_____
Matthew J. Cavanagh, Esq.
Counsel for Eleven 10, LLC

Date: 8/8/22

东莞市风恒洋百货有限公司
Signature for
Dongguanshifenghengyangbaihuoyouxiangongsi,
dba Ljokien

Ljokien
Printed Name and Title

Date: August 4th, 2022

{1057319}

5